UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-22336-CIV-MARTINEZ-GOODMAN

CHARLES SILBERMAN,

    Plaintiff,

vs.

MIAMI-DADE TRANSIT,

    Defendant.
_____/

**ORDER DENYING MOTION FOR RECONSIDERATION AND CLOSING CASE**

THIS CAUSE came before the Court upon Plaintiff's Motion for Reconsideration [ECF No. 29]. The only grounds for granting a motion for reconsideration are newly-discovered evidence or manifest errors of law or fact. *See Z.K. Marine Inc. v. M/V Archigetis*, 808 F. Supp. 1561, 1563 (S.D. Fla. 1992). Plaintiff has not met this standard. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Reconsideration [ECF No. 29] is **DENIED**. This case is **CLOSED**, and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of October, 2017

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record
Charles Silberman, *pro se*